Robert V. Torres, SBN 142752
rtorres@cochranfirm.com
Jennifer A. Bandlow, SBN 265757
jbandlow@cochranfirm.com
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 931-6200
Facsimile: (323) 931-9521

Attorneys for Plaintiff Aaron Cervantes


Douglas R. Hart, SBN 115673
dhart@sidley.com
Jennifer B. Zargarof, SBN 204382
jzargarof@sidley.com
Heidi Larson Howell, SBN 254600
hlarsonhowell@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants
CVS CAREMARK CORPORATION
 and CVS PHARMACY INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON CERVANTES,<br><br>    Plaintiff,<br><br>    v.<br><br>CVS CAREMARK CORPORATION, CVS PHARMACY, INC; and DOES 1 thru 10, inclusive,<br><br>    Defendants. | **Case No. CV 12-07089 JCG**<br><br>**Assigned to: Hon. Jay C. Ghandi**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**ORDER**

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety, each side to bear its/his own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:   February 25, 2014

_____
Honorable Jay C. Gandhi
United States Magistrate Judge

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL